# EXHIBIT 1

**Click here to Respond to Selected Documents**

Sort Date Entries: Descending Ascending

Display Options:    All Entries         ∨

**05/15/2023**

**Judge Assigned**

CAUSE ASSIGNED TO JUDGE JOHN R. LASATER (DIV15) FOR HEARING AND DETERMINATION PER PRESIDING JUDGE'S ADMINISTRATIVE ORDER 23-1

**05/09/2023**

**Family Member/Roommate Served**

Document ID - 23-SMCC-2459; Served To - THOMAS LEVINSON; Served Date - 04/24/2023; Served Time - 00:00:00; Service Type - SP; Reason Description - SERV; Service Text -

**Agent Served**

Document ID - 23-SMCC-2458; Served To - null ST LOUIS DESIGN AND BUILD, LLC; Served Date - 04/24/2023; Served Time - 00:00:00; Service Type - SP; Reason Description - SERV; Service Text -

**Note to Clerk eFiling**

   **Filed By:** EDWIN V BUTLER

**Notice of Service**

Process Perfected Thomas Levinson.

   **Filed By:** EDWIN V BUTLER

   **On Behalf Of:** DANIEL A HUMAN

**Notice of Service**

Process Perfected on St. Louis Design and Build.

   **Filed By:** EDWIN V BUTLER

   **On Behalf Of:** DANIEL A HUMAN

**03/27/2023**

**Summons Issued-Circuit**

Document ID: 23-SMCC-2459, for LEVINSON, THOMAS.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**Summons Issued-Circuit**

Document ID: 23-SMCC-2458, for ST LOUIS DESIGN AND BUILD, LLC.Summons Attached in PDF Form for Attorney to Retrieve from Secure Case.Net and Process for Service.

**03/14/2023**

**Note to Clerk eFiling**

   **Filed By:** EDWIN V BUTLER

**Partial Payment**

Memorandum of additional fees paid.

   **Filed By:** EDWIN V BUTLER

**Note to Clerk eFiling**

   **Filed By:** EDWIN V BUTLER

**Partial Payment**

Memorandum of fees paid.

   **Filed By:** EDWIN V BUTLER

   **On Behalf Of:** DANIEL A HUMAN

**03/07/2023**

**Judge/Clerk - Note**

NO SUMMONS ISSUED DUE TO MISSING FEES. THE TOTAL FOR SERVICE BY ST LOUIS COUNTY SHERIFF IN CIRCUIT-CIVIL FOR 1 DFT IS $141.50 ($105.50 FILING FEE + $36 SERVICE FEE). THE TOTAL ALREADY PAID IS $102.00 AND THE TOTAL DUE IS $39.50. PLEASE E-FILE A SERVICE MEMO WITH THE REMAINING $39.50 FEES SO THE CASE CAN BE FURTHER PROCESSED. ONCE THE CORRECTION IS E-FILED, CONTACT THE CLERK AT 314-615-8470.

**03/01/2023**

**Filing Info Sheet eFiling**
   **Filed By:** EDWIN V BUTLER
**Note to Clerk eFiling**
   **Filed By:** EDWIN V BUTLER
**Confidential Address Filed**
Confidential Case Filing Information Sheet.
   **Filed By:** EDWIN V BUTLER
   **On Behalf Of:** DANIEL A HUMAN
**Pet Filed in Circuit Ct**

Original Complaint.
   **Filed By:** EDWIN V BUTLER
**Judge Assigned**
DIV 21

Electronically Filed - ST LOUIS COUNTY - May 09, 2023 - 09:12 AM



## IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  23SL-CC00932 |
|---|---|
| Plaintiff/Petitioner:<br>DANIEL A HUMAN | Plaintiff's/Petitioner's Attorney/Address<br>EDWIN V BUTLER<br>3460 HAMPTON<br>STE 205<br>SAINT LOUIS, MO  63105 |
| vs. | |
| Defendant/Respondent:<br>ST LOUIS DESIGN AND BUILD, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **THOMAS LEVINSON**
 Alias:

**REG AGT: JEREMY GOGEL**
**4542 WEST PINE BLVD**
**ST LOUIS, MO  63108**



*COURT SEAL OF*

*ST. LOUIS COUNTY*

 You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
 **SPECIAL NEEDS:** If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

<u>27-MAR-2023</u>
**Date**

**Further Information:**
AD

Clerk

---

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____*Ken Dennison -co-owner*_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at ___*11088 Mllpark Dr, STE 140 A*___ (address)

in ___*St Louis*___ (County/City of St. Louis), MO, on ___*April 25, 2023*___ (date) at ___*12:52 P.M*___ (time).

___*Nichole E. McKinley*___          ___*Nichole McKinley*___
Printed Name of Sheriff or Server          Signature of Sheriff or Server

TARA FRANZ
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 13, 2027
JEFFERSON COUNTY
COMMISSION #15632674

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ___*4/25/2023*___ (date).

My commission expires: ___*01/13/2027*___          ___*Tara Franz*___
                                    Date                          Notary Public

---

Electronically Filed - ST LOUIS COUNTY - May 09, 2023 - 09:12 AM

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $ | 75.00 |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ | 10.00 |
| Mileage | $ | 52   ( 52 miles @ $. 1.00 per mile) |
| **Total** | $ | 137.00 |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number: 23SL-CC00932 |
| Plaintiff/Petitioner:<br>DANIEL A HUMAN | Plaintiff's/Petitioner's Attorney/Address<br>EDWIN V BUTLER<br>3460 HAMPTON<br>STE 205<br>SAINT LOUIS, MO 63105 |
| Defendant/Respondent:<br>ST LOUIS DESIGN AND BUILD, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO 63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

vs.

**SHERIFF FEE PAID**

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to: ST LOUIS DESIGN AND BUILD, LLC
Alias:
11088 MILPARK DR., STE. 140
MARYLAND HEIGHTS, MO 63043



COURT SEAL OF

ST. LOUIS COUNTY

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

SPECIAL NEEDS: If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.

__27-MAR-2023__
Date

Further Information:
AD

_Joan M. Gilang_
Clerk

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person at least 18 years of age residing therein.
☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Ken Dennison_ (name) _Co-owner STL Design & Build_ (title).
☐ other

Served at _11088 Milpark dr. Maryland Hgts_ (address)
in _St Louis County_ (County/City of St. Louis), MO, on _April 24 2023_ (date) at _12:52 pm_ (time).

_Nichole E. McKinley_                                   _Nichole McKinley_
Printed Name of Sheriff or Server                       Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _4/25/2023_ (date)
My commission expires: _01/13/2027_                     _Tara Franz_
                        Date                             Notary Public

TARA FRANZ
NOTARY PUBLIC - NOTARY SEAL
STATE OF MISSOURI
MY COMMISSION EXPIRES JANUARY 13, 2027
JEFFERSON COUNTY
COMMISSION #15632674

Electronically Filed - ST LOUIS COUNTY - May 09, 2023 - 08:12 AM

Electronically Filed - ST LOUIS COUNTY - May 09, 2023 - 09:12 AM

**~~Sheriff's~~ Fees, if applicable**

Summons                          $ _75⁰⁰_

Non Est                          $ _____

Sheriff's Deputy Salary
Supplemental Surcharge           $ _10.00_

Mileage                          $ _52_     ( _52_ miles @ $. _1⁰⁰_ per mile)

**Total**                        $ _137.00_

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  23SL-CC00932 |
| Plaintiff/Petitioner:<br>DANIEL A HUMAN | Plaintiff's/Petitioner's Attorney/Address<br>EDWIN V BUTLER<br>3460 HAMPTON<br>STE 205<br>SAINT LOUIS, MO  63105 |
| vs. | |
| Defendant/Respondent:<br> ST LOUIS DESIGN AND BUILD, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:** **THOMAS LEVINSON**<br>**Alias:**<br><br>**REG AGT: JEREMY GOGEL**<br>**4542 WEST PINE BLVD**<br>**ST LOUIS, MO  63108** | |



*COURT SEAL OF*

*ST. LOUIS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
   **SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>27-MAR-2023</u>
**Date**                                                                      _____/ Clerk

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____ (title).
☐ other _____.
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
    Printed Name of Sheriff or Server                         Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**
                     Subscribed and sworn to before me on _____ (date).

*(Seal)*          My commission expires: _____          _____
                                                     Date                                     Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

**(3) Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

**(4) Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

**(5) Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms. You should ask your lawyer for further information.

CCADM73



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>NANCY WATKINS MCLAUGHLIN | Case Number:  23SL-CC00932 |
| Plaintiff/Petitioner:<br>DANIEL A HUMAN | Plaintiff's/Petitioner's Attorney/Address<br>EDWIN V BUTLER<br>3460 HAMPTON<br>STE 205<br>SAINT LOUIS, MO  63105 |
| vs. | |
| Defendant/Respondent:<br> ST LOUIS DESIGN AND BUILD, LLC | Court Address:<br>ST LOUIS COUNTY COURT BUILDING<br>105 SOUTH CENTRAL AVENUE<br>CLAYTON, MO  63105 |
| Nature of Suit:<br>CC Pers Injury-Other | |

**SHERIFF FEE PAID**

(Date File Stamp)

## Summons in Civil Case

The State of Missouri to:  **ST LOUIS DESIGN AND BUILD, LLC**
**Alias:**

**11088 MILPARK DR., STE. 140**
**MARYLAND HEIGHTS, MO  63043**

*COURT SEAL OF*



*ST. LOUIS COUNTY*

　　　　　You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.
　　　　　**SPECIAL NEEDS:  If you have special needs addressed by the Americans With Disabilities Act, please notify the Office of the Circuit Clerk at 314-615-8029, FAX 314-615-8739, email at SLCADA@courts.mo.gov, or through Relay Missouri by dialing 711 or 800-735-2966, at least three business days in advance of the court proceeding.**

<u>27-MAR-2023</u>
**Date**

_____
　　　　　　　　　　　　　　 /  Clerk

**Further Information:**
**AD**

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.
I certify that I have served the above summons by:  (check one)
☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with

_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).
☐ other _____ .
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____　　　　　_____
　　　Printed Name of Sheriff or Server　　　　　　　　　　　Signature of Sheriff or Server
　　　**Must be sworn before a notary public if not served by an authorized officer:**
　　　Subscribed and sworn to before me on _____ (date).

　　　My commission expires: _____　　　_____
*(Seal)*　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　Notary Public

**Sheriff's Fees, if applicable**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $____10.00____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | **$_____** | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

**THE CIRCUIT COURT OF ST. LOUIS COUNTY, MISSOURI**

Twenty First Judicial Circuit

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

**Purpose of Notice**

As a party to a lawsuit in this court, you have the right to have a judge or jury decide your case. However, most lawsuits are settled by the parties before a trial takes place. This is often true even when the parties initially believe that settlement is not possible. A settlement reduces the expense and inconvenience of litigation. It also eliminates any uncertainty about the results of a trial.

Alternative dispute resolution services and procedures are available that may help the parties settle their lawsuit faster and at less cost. Often such services are most effective in reducing costs if used early in the course of a lawsuit. Your attorney can aid you in deciding whether and when such services would be helpful in your case.

**Your Rights and Obligations in Court Are Not Affected By This Notice**

You may decide to use an alternative dispute resolution procedure if the other parties to your case agree to do so. In some circumstances, a judge of this court may refer your case to an alternative dispute resolution procedure described below. These procedures are not a substitute for the services of a lawyer and consultation with a lawyer is recommended. Because you are a party to a lawsuit, you have obligations and deadlines which must be followed whether you use an alternative dispute resolution procedure or not. **IF YOU HAVE BEEN SERVED WITH A PETITION, YOU MUST FILE A RESPONSE ON TIME TO AVOID THE RISK OF DEFAULT JUDGMENT, WHETHER OR NOT YOU CHOOSE TO PURSUE AN ALTERNATIVE DISPUTE RESOLUTION PROCEDURE.**

**Alternative Dispute Resolution Procedures**

There are several procedures designed to help parties settle lawsuits. Most of these procedures involve the services of a neutral third party, often referred to as the "neutral," who is trained in dispute resolution and is not partial to any party. The services are provided by individuals and organizations who may charge a fee for this help. Some of the recognized alternative dispute resolutions procedures are:

**(1) Advisory Arbitration:** A procedure in which a neutral person or persons (typically one person or a panel of three persons) hears both sides and decides the case. The arbitrator's decision is not binding and simply serves to guide the parties in trying to settle their lawsuit. An arbitration is typically less formal than a trial, is usually shorter, and may be conducted in a private setting at a time mutually agreeable to the parties. The parties, by agreement, may select the arbitrator(s) and determine the rules under which the arbitration will be conducted.

**(2) Mediation:** A process in which a neutral third party facilitates communication between the parties to promote settlement. An effective mediator may offer solutions that have not been considered by the parties or their lawyers. A mediator may not impose his or her own judgment on the issues for that of the parties.

CCADM73

(3) **Early Neutral Evaluation ("ENE"):** A process designed to bring the parties to the litigation and their counsel together in the early pretrial period to present case summaries before and receive a non-binding assessment from an experienced neutral evaluator.  The objective is to promote early and meaningful communication concerning disputes, enabling parties to plan their cases effectively and assess realistically the relative strengths and weaknesses of their positions.  While this confidential environment provides an opportunity to negotiate a resolution, immediate settlement is not the primary purpose of this process.

(4) **Mini-Trial:** A process in which each party and their counsel present their case before a selected representative for each party and a neutral third party, to define the issues and develop a basis for realistic settlement negotiations.  The neutral third party may issue an advisory opinion regarding the merits of the case.  The advisory opinion is not binding.

(5) **Summary Jury Trial:** A summary jury trial is a non binding, informal settlement process in which jurors hear abbreviated case presentations.  A judge or neutral presides over the hearing, but there are no witnesses and the rules of evidence are relaxed.  After the "trial", the jurors retire to deliberate and then deliver an advisory verdict.  The verdict then becomes the starting point for settlement negotiations among the parties.

## Selecting an Alternative Dispute Resolution Procedure and a Neutral

If the parties agree to use an alternative dispute resolution procedure, they must decide what type of procedure to use and the identity of the neutral.  As a public service, the St. Louis County Circuit Clerk maintains a list of persons who are available to serve as neutrals.  The list contains the names of individuals who have met qualifications established by the Missouri Supreme Court and have asked to be on the list.  The Circuit Clerk also has Neutral Qualifications Forms on file.  These forms have been submitted by the neutrals on the list and provide information on their background and expertise.  They also indicate the types of alternative dispute resolution services each neutral provides.

A copy of the list may be obtained by request in person and in writing to: Circuit Clerk, Office of Dispute Resolution Services, 105 South Central Ave., 5th Floor, Clayton, Missouri 63105.  The Neutral Qualifications Forms will also be made available for inspection upon request to the Circuit Clerk.

The List and Neutral Qualification Forms are provided only as a convenience to the parties in selecting a neutral.  The court cannot advise you on legal matters and can only provide you with the List and Forms.  You should ask your lawyer for further information.

CCADM73

Electronically Filed - St Louis County - March 14, 2023 - 06:53 AM

IN THE
CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Daniel Human, et al.,                                    )
                                                         )
                          Plaintiffs.                    )
                                                         )
Vs.                                                      )        No.  23SL-CC00932
                                                         )
St Louis Design and Build LLC et al.,                    )
                                                         )
                          Defendants.                    )

---

**Memorandum to the Clerk of the Court**

---

Comes Now the Plaintiff, Daniel A. Human, by and through his attorney Edwin V. Butler,

and remits the remaining $39.50 in filing and summons fees, as per the memorandum of the Clerk.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Attorney for the Plaintiff

Certificate of Service

I hereby certify that the above and foregoing was served electronically this 13th day of
March 2023, via ECF/CM.

/s/Edwin V. Butler
Edwin V. Butler

1

Electronically Filed - St Louis County - March 14, 2023 - 07:01 AM

IN THE
CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Daniel Human, et al.,                    )
                                         )
                   Plaintiffs.           )
                                         )
Vs.                                      )        No.  23SL-CC00932
                                         )
St Louis Design and Build LLC et al.,    )
                                         )
                   Defendants.           )

---

**Memorandum to the Clerk of the Court**

---

Comes Now the Plaintiff, Daniel A. Human, by and through his attorney Edwin V. Butler,

and remits the remaining $39.50 in filing and summons fees, as per the memorandum of the Clerk.

Respectfully submitted,

/s/Edwin V. Butler, Esquire
Edwin V. Butler Mo. 32489
Attorney At Law
Butler Law Group, LLC
1650 Des Peres Rd., Suite 220
St. Louis, MO 63131
edbutler@butlerlawstl.com
(314) 504-0001

Attorney for the Plaintiff

Certificate of Service

I hereby certify that the above and foregoing was served electronically this 13th day of
March 2023, via ECF/CM.

/s/Edwin V. Butler
Edwin V. Butler

1

**23SL-CC00932**

Electronically Filed - St Louis County - March 01, 2023 - 03:20 PM

## IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
## STATE OF MISSOURI

| | | |
|---|---|---|
| DANIEL HUMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No. |
| | ) | |
| v. | ) | Division |
| | ) | |
| STL DESIGN AND BUILD, LLC | ) | JURY TRIAL DEMANDED |
| 11088 Millpark Dr. Ste. 140 | ) | |
| Maryland Heights, MO 63043, | ) | |
| | ) | |
| Serve: JEREMY A. GOGEL, | ) | |
| Registered Agent | ) | |
| 4542 West Pine Blvd. | ) | |
| St. Louis, MO 63108; and | ) | |
| | ) | |
| THOMAS LEVINSON, CEO, | ) | |
| STL DESIGN and BUILD, LLC, and | ) | |
| | ) | |
| JOSH "DOE" Telemarketer, | ) | |
| | ) | |
| CANCETTA, "DOE" Telemarketer, | ) | |
| | ) | |
| Defendants. | ) | |

## PETITION FOR BREACH OF TELEPHONE CONSUMER PROTECTION ACT AND BREACH OF MISSOURI MERCHANDISING PRACTICES ACT Chapter 407

COMES NOW the Plaintiff, Danial A. Human, by and through his Counsel, Edwin V. Butler

and the Butler Law Group, and for his Petition against Defendants STL Design and Build, LLC,

Thomas Levinson, CEO of STL Design and Build, LLC, and telemarketer Josh "DOE" and

Cancetta "DOE", states, alleges and avers the following:

I.    **PARTIES - PLAINTIFF**

1.    Plaintiff is a resident of St. Louis County, Missouri and has residential telephone service

at his residence using telephone number (314) 915-2988.

1

Electronically Filed - St Louis County - March 01, 2023 - 03:20 PM

2.   At all times herein relevant, Plaintiff, Daniel Human or his representative (hereinafter "Plaintiff") had telephone service at (314) 915-2988.

Plaintiff's telephone number 9314) 915-2988 is and was at all relevant times on the National Do Not Call List.

**II.**   **DEFENDANTS - STL DESIGN and BUILD, LLC and THOMAS LEVINSON**

3.   Defendant, STL Design and Build, LLC (hereinafter STL Design) is a Missouri Corporation located at 11088 Millpark Dr. Ste. 140, Maryland Heights, MO 63043, registered to do business in Missouri.

4.   Defendant, Thomas Levinson (hereinafter Levinson), is the owner and Chief Executive Officer of STL Design and Build, LLC, and a resident of St. Louis County, Missouri. Jeremy A. Gogel and Attorney and the registered agent of STL Design and Build, LLC, a registered Missouri corporation.

5.   Defendant STL Design and Build, LLC transacts business in Missouri as contemplated by RSMo. 506.500(1) and this cause of action arises out of such transactions(s).

6.   Defendants, Josh and Cancetta, Telemarketers (hereinafter "Josh" and "Cancetta" are employees of STL Design and will be further identified through discovery.

**III.**   **ACTS OF AGENTS**

7.       Whenever it is alleged in this Petition that Defendants did any act, it is meant that the Defendants performed, caused to be performed, and/or participated in the act and/or that Defendants' officers, employees, contractors, assigns, successors, affiliates or any other agent performed or participated in the act on behalf of, for the benefit of, and/or under the authority of Defendants.

Electronically Filed - St Louis County - March 01, 2023 - 03:20 PM

## COUNT I  DAMAGES

COMES NOW Plaintiff, Daniel Human, and for his cause of action against Defendants states as follows:

### A.  THE TELEPHONE CONSUMER PROTECTION ACT

8.  47 U.S.C. 227 the Telephone Consumer Protection Act (TCPA) and the promulgated thereunder regulations provides in pertinent part 64.12000[c](2) et seq which states: [c] No person or entity shall initiate any Telephone solicitation to:….(2) A residential subscriber who has registered his or her telephone number on the national do-not-call registry of persons who do not wish to receive telephone solicitations that is maintained by the Federal Government. Such do-not-call registrations must be honored indefinitely…"

9.  47 C.F.R. 64.1200(d)(1) Written policy. Persons or entities making calls for telemarketing purposes must have a written policy, available upon demand, for maintaining a do-not-call list.

10. Under the TCPA, as interpreted by the Federal Communications Commission ("FCC"), a company on whose behalf a telephone solicitation is made bears ultimate responsibility for any violations of the TCPA. *In re DISH Network, LLC*, 28 F.C.C. Rcd. 6574, 6590 (2013).

11. Calls placed by a third party on behalf of that company are treated as if the company itself placed the call. *Id.*

12. The phone calls at issue in this case were made by and/or for the benefit of Defendant. Because these calls were made by or "on behalf" of Defendant STL Design, Defendant bears the responsibility for any violations of the TCPA, even if Defendant did not directly place the calls. Defendant is also responsible for illegal actions of its agents and is also responsible for any illegal actions conducted in the course of any joint venture with an third party.

Electronically Filed - St Louis County - March 01, 2023 - 03:20 PM

### B. THE MISSOURI TELEMARKETING LAW

13.    Mo. Rev. Stat. 407.1076 provides in pertinent part:

It is an unlawful telemarketing act or practice for any seller or telemarketer to engage in

the following conduct:

(3) Cause the telephone to ring or engage any consumer in telephone conversation

repeatedly or continuously in a manner a reasonable consumer would deem to be

annoying, abusive or harassing.

(4) Knowingly and willfully initiate a telemarketing call to a consumer, or transfer

or make available t others for telemarketing purposes a consumer's number when

that consumer has stated previously that he or she does not wish to receive

solicitation calls by or on behalf or the seller unless such request has been

rescinded.

14.    MO Rev. 407.1104 provides in pertinent part:

1.   Any person or entity who makes a telephone solicitation to any residential subscriber

in this state shall, at the beginning of such solicitation, state clearly the identity of the

person or entity initiating the solicitation.

2.   No person or entity who makes a telephone solicitation to a residential subscriber in

this state shall knowingly use any method to block or otherwise circumvent any

subscriber's use of a caller identification service.

### C.    <u>THE SOLICITATION CALLS</u>

15.    All of the calls placed were a violation of 47 U.S.C. 227 the Telephone Consumer

Protection Act (TCPA) and the regulations promulgated thereunder 65.12000[c](2).

16.    All of the calls placed violated MO Rev. 407.1098.

Electronically Filed - St Louis County - March 01, 2023 - 03:20 PM

17.     The following calls were placed to Plaintiff's number registered on the Do Not Call
registry

  a.   1/6/23 at 9:25 am (caller identified as "Josh"

  b.   1/6/23 at 11:15 am (caller identified as "Josh")

  c.   1/6/23 at 2:15 pm (caller identified as "Josh")

  d.   1/9/23 at 9:57 (caller identified as "Cancetta (sp?)

  e.   1/9/23 at 2:00 pm (caller identified as "Cancetta (sp?)

  **D.     `VIOLATIONS OF THE TCPA AND REGULATIONS**

18.     That the telephone calls to Plaintiff made by Defendant constituted 5 violations of the
Federal Telephone Consumer Protection Act 227 and following and the regulations promulgated
thereunder FCC (which amended Title II of the Communications Act of 1934, 47 U.S.C. 201
seq.) which provide for $500 statutory damages for each violation.

19.     The TCPA and regulations also provide for tripling of the statutory damages for each
violation of the TCPA if the Court finds that the defendant willfully or knowingly violated the
statute or the regulations prescribed.

  **E.     VIOLATIONS OF MSSOURI CHAPTER 407**

20.     Placing the five (5) calls violated MO Rev. 407.1076 which provide damages in the
amount of $5,000 per violation.

21.     Placing the five (5) calls violated MO Rev. 407.1098 which states No person or entity
shall make or cause to be made any telephone solicitation to any residential subscriber in this
state who has given notice to the attorney general, in accordance with rules promulgated
pursuant to section 407.1101 of such subscriber's objection to receiving telephone solicitations.
Chapter 407.1107 provides for up to $5,000 in damages for each knowingly violation.

Electronically Filed - St Louis County - March 01, 2023 - 03:20 PM

22.     Placing the callS violated MO Rev. 407.1104, which provide damages in the amount of up to $5,000 per violation.

### COUNT TWO Injunctive Relief

23.     Count one is restated as if set forth herein.

24.     As provided by 47 U.S.C. 227(b)(3)(A) Defendants or their agent(s) should be permanently enjoined from violating the provisions of the TCPA.

    **WHEREFORE**, Plaintiff, prays judgment against Defendants, STL Design and Build, LLC in the amount of $25,000 (five violations x $5,000) for violation of MO Rev. 407 and $25,000 (five violations x $5,000) for the TCPA violations as provided by 47 U.S.C. 227 for a total of $50,000.00  and that Defendants be enjoined from making telephone calls in violation of the Missouri statutes and TCPA, plus court costs and for such other and further relief as this Court deems proper.

                            Respectfully submitted,


                            /s/Edwin V. Butler, Esquire
                            Edwin V. Butler Mo. 32489
                            Attorney At Law
                            Butler Law Group, LLC
                            1650 Des Peres Rd., Suite 220
                            St. Louis, MO 63131
                            edbutler@butlerlawstl.com
                            (314) 504-0001

                            Attorney for the Plaintiff

                    Certificate of Service

        I hereby certify that the above and foregoing Answer was served electronically this 28th day of February 2023, on Attorney Gogel for the Defendants and via ECF/CM filing. This document was also scanned for viruses using Windows Defender 2022 and is free of viruses and malware.

                            /s/Edwin V. Butler
                            Edwin V. Butler